# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2013 JAN 16  AM 10: 38

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR0160-AJB |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JOHN PAUL BALE (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii) and (v)(II)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 15, 2013

William V. Gallo
U.S. Magistrate Judge